# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
TREVOR BROWN

Defendant

)
)
)
)
)
)
)

Case: 1:21-mj-00498
Assigned To : Harvey, G. Michael
Assign. Date : 6/24/2021
Description: Complaint w/ Arrest Warrant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ TREVOR BROWN _____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 06/25/2021

Digitally signed by G. Michael Harvey
Date: 2021.06.25 10:59:47 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6-25-21, and the person was arrested on *(date)* 7-1-21
at *(city and state)* Bay City, Michigan.

Date: 7-1-21

Robert D. Wolf
*Arresting officer's signature*

Robert D. Wolf  TFO
*Printed name and title*

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No. 21-30325 |
| Trevor Brown ) | |
| *Defendant* ) | |

## APPEARANCE BOND

### Defendant's Agreement

I, Trevor Brown _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

- [✓] to appear for court proceedings;
- [✓] if convicted, to surrender to serve a sentence that the court may impose; or
- [✓] to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

- [ ] (1) This is a personal recognizance bond.
- [✓] (2) This is an unsecured bond of $ 10,000.00 _____.
- [ ] (3) This is a secured bond of $ _____, secured by:
    - [ ] $ _____ in cash deposited with the court.
    - [ ] (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it – such as a lien, mortgage, or loan – and attach proof of ownership and value):*

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

- [ ] (c) a bail bond with a solvent surety (attach a copy of the bail bond, or describe it and identify the surety):

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: July 7, 2021

_____
*Defendant's signature*

_____　　　_____
*Surety/property owner – printed name*　　　*Surety/property owner – signature and date*

_____　　　_____
*Surety/property owner – printed name*　　　*Surety/property owner – signature and date*

_____　　　_____
*Surety/property owner – printed name*　　　*Surety/property owner – signature and date*

KINIKIA D. ESSIX, CLERK OF COURT

Date: July 7, 2021　　　s/Kristen Castaneda
　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

Approved.

Date: July 7, 2021　　　s/Patricia T. Morris
　　　　　　　　　　　　　*Judge's signature*

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) ) ) | Case No. 21-30325 |
| Trevor Brown | ) ) ) ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at *(if blank, to be notified)* :

Washington DC
*Place*

on no later than 7/12/2021 at 1:00 p.m.
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

- [ ] (6) The defendant is placed in the custody of _____
(See separate Agreement to Assume Custody of the Defendant).

- [x] (7) The defendant must:

    - [x] (a) report, as directed, to:
        - [x] Pretrial Services Agency.
        - [ ] Probation Department.

    - [x] (b) continue or actively seek employment. Provide verification to the supervising officer, as requested.

    - [ ] (c) continue or start an education program and provide monthly verification to the supervising officer.

    - [ ] (d) not apply for or enter into any loan or other credit transaction without the previous written permission of the pretrial services office or supervising officer.

    - [x] (e) surrender any passport immediately and/or enhanced identification to the supervising officer as directed. _____

    - [ ] (f) not obtain a passport, enhanced identification or other international travel documents.

    - [x] (g) abide by the following restrictions on personal association, place of abode, or travel:

        - [ ] Travel restricted to the Eastern District of Michigan;
        - [ ] Travel restricted to the State of Michigan;
        - [x] Travel restricted to:   ED MI and District Columbia for court appearances only
        - [x] Unless I have the previous consent of the pretrial services office, supervising officer or the court.

    - [ ] (h) avoid all contact, directly or indirectly, with any person who is or may become a victim or witness in the investigation or prosecution, including but not limited to:
        - [ ] list to be provided by U.S. Attorney;
        - [ ] other persons: _____

    - [x] (i) obtain medical or mental health treatment as directed by the supervising officer.

        - [ ] provide a co-payment for treatment costs as directed by the supervising officer.

    - [ ] (j) for all probation and/or supervised release violations, all conditions in the Judgment Order under docket# _____ will remain in effect.

    - [ ] (k) maintain residence at a residential reentry center as directed by the supervising officer.

- [✓] (l) reside at the bond address, and any changes in residence must be pre- approved by the supervising officer.

- [✓] (m) not possess a firearm, destructive device, or other dangerous weapons. Remove all firearms, destructive devices or other dangerous weapons from bond address and provide verification to the supervising officer within 48 hours of release.

- [ ] (n) surrender any Concealed Pistol License (CPL) to the supervising officer within 48 hours of release.

- [ ] (o) not use alcohol:
    - [ ] at all.
    - [ ] excessively.

- [✓] (p) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Provide documentation of any prescribed medications to the supervising officer and any new medications prescribed by a licensed medical practitioner throughout supervision. Refrain from the use of marijuana which is prohibited by federal law.

- [✓] (q) submit to any testing required by the supervising officer to determine whether the defendant/person under supervision is using a prohibited substance. Testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant/offender must not obstruct or attempt to obstruct or tamper with the efficiency and accuracy of any prohibited substance screening or testing.

- [ ] (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

- [ ] (s) participate in **one** of the following location restriction programs and comply with requirements as directed: ─────────────────────────

    - [ ] (i) **Curfew.** You are restricted to your residence every day: from_____to_____, or as directed by the pretrial services office or supervising officer; or

    - [ ] (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations;

        - [ ] **Essential Leave** may be granted to participant as deemed appropriate by the supervising officer.

        - [ ] **Discretionary Leave** may be granted to participant as deemed appropriate by the supervising officer.

    - [ ] (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down except for medical necessities and court appearances or other activities specifically approved by the court.

☐ (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
**Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

☐ (t) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.

☐ You must pay all or part of the cost of the programs based upon your ability to pay as the pretrial services office or supervising officer determines:
☐ (i) Location monitoring technology as directed by the pretrial services office or supervising officer;
☐ (ii) Radio Frequency (RF) monitoring;
☐ (iii) Global Positioning Satellite (GPS) monitoring;
☐ (iv) Voice Recognition monitoring;
☐ (v) Remote Alcohol Monitoring;
☐ (vi) SmartLINK;

☑ (u) report within 24 hours to the pretrial services office, every contact with law enforcement personnel, including arrests, questioning or traffic stops.

☐ (v) resolve all outstanding warrants as directed by the supervising officer.

☐ (w) comply with all Sex Offender Registration and Notification Act (SORNA) requirements.

☑ (x) Appear in District of Columbia virtually at 1 p.m. on Monday July 12, 2021.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (i.e., in addition) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

Detroit, MI
*City and State*

### Directions to the United States Marshal

[✓] The defendant is ORDERED released after processing.
[ ] The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: July 7, 2021              s/Patricia T. Morris
                                *Judicial Officer's Signature*

                                Patricia T. Morris, U.S. Magistrate Judge
                                *Printed name and title*

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 21-30325 |
| Trevor Brown | ) | |
| | ) | Charging District: District of Columbia |
| *Defendant* | ) | Charging District's Case No. 21-00494 |

**ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL**

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: District of Columbia | Courtroom No.: |
|---|---|
| | Date and Time: 7/12/2021 12:00 am |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 07/07/2021

*Judge's signature*

Patricia T. Morris, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                      Case No. 21-30325
                                       Originating No. 21-00494

**TREVOR BROWN,**

      Defendant.

_____/

### GOVERNMENT'S PETITION
### FOR TRANSFER OF DEFENDANT TO
### ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **TREVOR BROWN,** to answer to charges pending in another federal district, and states:

1. On **July 1, 2021,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **District of Columbia based on a Complaint**. Defendant is charged in that district with violations of **Obstruction of Law Enforcement During Civil Disorder, Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, Knowingly Engaging in Disorderly or Disruptive Conduct in any Restricted Building or Grounds, Disorderly Conduct on Capitol Grounds and Parading, Demonstrating, or Picketing in a Capitol Building.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

SAIMA MOHSIN
Acting United States Attorney

s/William Sloan
WILLIAM SLOAN
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: July 1, 2021

# U.S. District Court
# Eastern District of Michigan (Detroit)
# CRIMINAL DOCKET FOR CASE #: 2:21-mj-30325-DUTY All Defendants

| | |
|---|---|
| Case title: United States of America v. Brown<br>Other court case number: 21-00494 District of Columbia | Date Filed: 07/01/2021<br>Date Terminated: 07/07/2021 |

Assigned to: Magistrate Judge Unassigned

**Defendant (1)**

| | | |
|---|---|---|
| **Trevor Brown**<br>*TERMINATED: 07/07/2021* | represented by | **Federal Community Defender**<br>613 Abbott<br>5th Floor<br>Detroit, MI 48226<br>313-967-5555<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment*<br>*Bar Status: Sworn*<br><br>**Todd Shanker**<br>Federal Defender Office<br>613 Abbott<br>5th Floor<br>Detroit, MI 48226<br>313-967-5555<br>Email: Todd_Shanker@fd.org<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Sworn* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| RULE 5(C)(3) DISTRICT OF COLUMBIA | |

**Plaintiff**

| | |
|---|---|
| **United States of America** | represented by **William M. Sloan**<br>DOJ-USAO<br>211 W. Fort Street<br>Suite 2001<br>Detroit, MI 48226<br>313-226-9611<br>Email: william.sloan2@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: U.S. Attorney*<br>*Bar Status: US Government Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/01/2021 | 1 | PETITION for Transfer under Rule 5(c)(3) by United States of America as to Trevor Brown (1). (CCie) (Entered: 07/01/2021) |
| 07/01/2021 | | Minute Entry for proceedings before Magistrate Judge Curtis Ivy, Jr: Initial Appearance in Rule 5(c)(3) Proceedings as to Trevor Brown held on 7/1/2021. **Detention Hearing set for 7/6/2021 01:00 PM** Disposition: Defendant temporarily detained. Removal Hearing waived. (Court Reporter: Digitally Recorded) (Defendant Attorney: Leon Parker) (AUSA: William Sloan) (MacKay, K) (Entered: 07/01/2021) |
| 07/01/2021 | 2 | 🔊 Public Audio File of Initial Appearance in Rule 5(c)(3) Proceedings as to Trevor Brown held on 07/01/2021 before Magistrate Judge Curtis Ivy, Jr. AUDIO FILE SIZE (4.6 MB) (SKra) (Entered: 07/01/2021) |
| 07/01/2021 | 3 | ORDER APPOINTING FEDERAL COMMUNITY DEFENDER as to Trevor Brown. Signed by Magistrate Judge Curtis Ivy, Jr. (SKra) (Entered: 07/01/2021) |
| 07/01/2021 | 4 | ORDER Regarding Brady Materials as to Trevor Brown. Signed by Magistrate Judge Curtis Ivy, Jr. (SKra) (Entered: 07/01/2021) |
| 07/01/2021 | 5 | ORDER SCHEDULING A DETENTION HEARING AND FOR TEMPORARY DETENTION as to Trevor Brown Signed by Magistrate Judge Curtis Ivy, Jr. (SKra) (Entered: 07/01/2021) |
| 07/04/2021 | 6 | NOTICE OF ATTORNEY APPEARANCE: Todd Shanker appearing for Trevor Brown (Shanker, Todd) (Entered: 07/04/2021) |
| 07/06/2021 | | Minute Entry for proceedings before Magistrate Judge Patricia T. Morris: Detention Hearing Not Held as to Trevor Brown. **Detention Hearing set for 7/7/2021 01:00 PM**(Court Reporter: Digitally Recorded) (Defendant Attorney: Todd Shanker) (AUSA: William Sloan) (KCas) (Entered: 07/06/2021) |
| 07/06/2021 | 7 | 🔊 Public Audio File of proceeding as to Trevor Brown held on 7/6/2021 before Magistrate Judge Patricia T. Morris. AUDIO FILE SIZE (0.7 MB) (KBro) (Entered: 07/06/2021) |
| 07/07/2021 | | Minute Entry for proceedings before Magistrate Judge Patricia T. Morris: Detention Hearing Not Held as to Trevor Brown. Government no longer moving for detention.(Court |

| | | | |
|---|---|---|---|
| | | | Reporter: Digitally Recorded) (Defendant Attorney: Todd Shanker) (AUSA: William Sloan) (KCas) (Entered: 07/07/2021) |
| 07/07/2021 | | 8 | 🔊 Public Audio File of proceeding as to Trevor Brown held on 7/7/2021 before Magistrate Judge Patricia T. Morris. AUDIO FILE SIZE (7.4 MB) (KBro) (Entered: 07/07/2021) |
| 07/07/2021 | | 9 | ORDER Setting Conditions of Release as to Trevor Brown. Signed by Magistrate Judge Patricia T. Morris. (KBro) (Entered: 07/08/2021) |
| 07/07/2021 | | 10 | APPEARANCE BOND as to Trevor Brown in the amount of $10000 unsecured entered. (KBro) (Entered: 07/08/2021) |
| 07/07/2021 | | 11 | ORDER TRANSFERRING DEFENDANT to Answer Charges Pending and transferring bail to the District of Columbia as to Trevor Brown. Signed by Magistrate Judge Patricia T. Morris. (KBro) (Entered: 07/08/2021) |
| 07/09/2021 | | | TEXT-ONLY NOTICE to District of Columbia of Transfer as to Trevor Brown. Your case number is: 21-00494. Using your PACER account, you may retrieve the docket sheet and any unrestricted documents and text-only entries. Please note the following documents: 11 Transferring Defendant to Answer Charges, Hearing Not Held/Hearing Cancelled, 1 Rule 5(c)(3) Petition for Transfer Proceedings, 9 Order Setting Conditions of Release, 2 Audio File Upload, 10 Bond, 8 Audio File Upload, Initial Appearance - Rule 5(c)(3), Hearing Not Held/Hearing Cancelled, 3 Order Appointing Federal Community Defender, 7 Audio File Upload, 4 Order Regarding Brady Materials (If you require sealed documents or certified copies, please send a request to InterDistrictTransfer_mied@mied.uscourts.gov. If you require a defendant's payment history, please send a request to financial@mied.uscourts.gov.) (LHos) (Entered: 07/09/2021) |